# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Mario Alberto Gonzalez

**BANKRUPTCY NO.**  1:11–bk–23472–AA

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–6080
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 1/18/12

**Address:**
3152 Darlington Dr
Thousand Oaks, CA 91360

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

Dated: January 18, 2012

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN–24

**14 / RM2**